EDUARDO G. ROY (SBN 146316)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorney for Defendant
Rachel Siders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THEO ADAMS AND RACHEL SIDERS,<br><br>Defendants. | CASE NO. S:12-CR-226 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME** |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Michele Beckwith; defendant Theo Adams, through counsel Christopher Haydn-Myer; and, defendant Rachel Siders, through counsel Eduardo G. Roy, hereby stipulate and agree as follows:

1. A status conference is currently set for January 8, 2013 at 9:45 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to March 5, 2013 at 9:45 a.m., and to exclude time between January 8, 2013 and March 5, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a. The government has provided defense counsel with the discovery associated with

this case, which includes voluminous records, including mortgage and bank records involving multiple transactions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

b. Since October 30, 2012, counsel for defendants have been reviewing these materials, discussing them with their clients, and assessing potential trial and sentencing issues.

c. Additionally, the government has provided proposed plea agreements to defense counsel Haydn-Myer, which defense counsel has been discussing with his client and the government.

d. Defense counsel need additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with their clients, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on March 5, 2013, and that it find excludable time from January 8, 2013 to March 5, 2013 through and including the March 5, 2013, status conference. Because of the need for additional preparation outlined above, a denial of a continuance to March 5, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 8, 2013 to March 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Eduardo G. Roy has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 7, 2013          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Michele Beckwith
                                MICHELE BECKWITH
                                Assistant United States Attorney
                                Attorney for Plaintiff United States

DATED: January 7, 2013          LAW OFFICES OF CHRISTOPHER HAYDN-MYER

                                /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant Theo Adams

DATED: January 7, 2013          LAW OFFICES OF EDUARDO G. ROY

                                /s/ Eduardo G. Roy
                                EDUARDO G. ROY
                                Attorney for Defendant Rachel Siders

**ORDER**

IT IS SO FOUND AND ORDERED this 7th of January, 2013.

                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE